## WHEELER

*v.*

## KINZIE.

Mr. JUSTICE WALKER : This case, in all its material features, is the same as the preceding case, and for the reasons there given, the decree must be reversed and the cause remanded.

*Decree reversed.*